CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 3 1 2005
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 7:04CR00021 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| WILLIAM THOMAS WARREN, | ) | United States District Judge |
| Defendant. | ) | |

In order to provide for an appropriate and fair distribution of the restitution received by the court in this case, it is now

ORDERED

as follows:

1. Any person who believes he or she has been aggrieved in any financial scheme perpetrated by the defendant, William Thomas Warren, as charged in the superseding indictment in the underlying case and who wishes to participate in the distribution of such funds as are available for partial compensation of his or her losses, shall file, on or before August 1, 2005, an affidavit stating as follows:

    a. The amount and date of individual payments to Warren, and

    b. The amount and date of any sums received from Warren.

2. Victims shall include with their affidavits appropriate documentation reflecting payments and receipts, including cancelled checks, statements from the defendant, or other records kept in the normal course of business. <u>Victims who submit affidavits which are not</u>

<blockquote>supported by appropriate documentation shall expect to receive less than a full pro rata share or nothing.</blockquote>

3. In ordering an appropriate distribution, the court will rely both upon statements made by individual victims, as well as Warren's business records and other documentation collected by the United States Attorney in the course of the underlying investigation. If documentation has already been provided to the United States, the victim shall so state in his or her affidavit.

4. Victims will not be able to recover any amounts they believe they should have received as interest on their investments. Such sums should not be listed on this affidavit. It is expected that victims will receive far less than the original amount of their payments to Warren exclusive of any expected return on investment.

5. All such submissions by victims shall be received by the Clerk of Court.

6. The court expects to make a distribution from the restitution received by the court in early 2006.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 31st day of May, 2005.

_____
United States District Judge