CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 3 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 7:04CR00021 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| WILLIAM THOMAS WARREN, | ) | United States District Judge |
| Defendant. | ) | |

The court has this day entered an order regarding the appropriate procedure for victims in this case to follow to ensure an appropriate and fair distribution of the restitution to be received by the court. In order to ensure that all victims are properly informed of this procedure, it is hereby

ORDERED

that the Clerk of Court shall send to all known victims a packet to include a copy of that order as well as a declaration of victim losses form and an assignment of restitution payment form. This packet shall be sent in conjunction with the information normally solicited and provided by the United States Probation Service in connection with criminal matters.

The Clerk of Court is also directed to follow the appropriate steps to achieve constructive notice to currently unidentified victims.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 31 of day of May, 2005.

_____
United States District Judge