CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Moody
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 7:04CR00021 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Hon. Glen E. Conrad |
| WILLIAM THOMAS WARREN, ) | United States District Judge |
| Defendant. ) | |

Based on earlier rulings made in reference to comments and objections received as to the Amended Report and Recommendation filed by United States Magistrate Judge Michael F. Urbanski in this case and for reasons stated in open court at the time of the sentencing hearing on October 25, 2005, it is now

ORDERED

that the Amended Report and Recommendation shall be and hereby is adopted in its entirety. A redacted copy of Exhibit A of the Report shall be appended to the public copy of the Judgment and Commitment order to be entered in this case, and an unredacted copy of Exhibit A, including the addresses of all of the victims who have been approved to receive restitution in this case, shall be filed under seal.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 25th day of October, 2005.

/s/ Glen E. Conrad
United States District Judge